**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2907 Disciplinary Docket No.3 |
| | : | |
| Petitioner | : | No. 128 DB 2021 |
| | : | |
| v. | : | Attorney Registration No. 320408 |
| | : | |
| LON VANDUSEN HUGHES, | : | (Lancaster County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of October, 2022, upon consideration of the Report and Recommendations of the Disciplinary Board, Lon VanDusen Hughes is suspended from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).